JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Lowry McCray, | CASE NUMBER |
| --- | --- |
| PLAINTIFF, | CV 21-9853-DMG (RAOx) |
| v. Westrock Services, LLC, | **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |
| DEFENDANT. | |

   This action came on for jury trial, the Honorable Dolly M. Gee, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

   IT IS ORDERED AND ADJUDGED that the plaintiff Lowry McCray recover of the defendant Westrock Services, LLC the sum of $9,461,000.

Clerk, U. S. District Court

Dated: August 24, 2023           By    /s/ Kane Tien
                                        Deputy Clerk