# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWRY MCCRAY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WESTROCK SERVICES, LLC, et al.,<br><br><br>Defendant. | Case No. CV 21-9853-DMG (RAOx)<br><br>**AMENDED JUDGMENT** |

On August 24, 2023, this Court having entered judgment on the verdict for Plaintiff Lowry McCray ("McCray") to recover of Defendant WestRock Services, LLC ("WestRock") the sum of $9,461,000 following a jury trial, and the issues having been duly tried and the jury having duly rendered its verdict [Doc. # 184];

and this Court having denied WestRock's motion for judgment as a matter of law under Federal Rule of Civil Procedure 50(b) [Doc. # 227];

and this Court having granted in part and denied in part WestRock's motion for a new trial and/or remittitur pursuant to Federal Rule of Civil Procedure 59, wherein subject to McCray's acceptance of the Court's remittitur, McCray will be awarded $3,298,150.50

in compensatory damages and $3,957,780.60 in punitive damages, for a total award of $7,255,931.10 [Doc. #227];

and Plaintiff McCray having accepted the remittitur [Doc. # 228],

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff McCray shall recover of Defendant WestRock the sum of $7,255,931.10.

DATED:  October 7, 2024   _____
                                              DOLLY M. GEE
                                              CHIEF UNITED STATES DISTRICT JUDGE